## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Leslie Burke aka Leslie P. Burke
                                    Debtor(s)

MIDFIRST BANK
                            Movant
                vs.

Leslie Burke aka Leslie P. Burke
                                    Debtor(s)

Kenneth E. West
                            Trustee

CHAPTER 13

NO. 21-12238   AMC

11 U.S.C. Section 362

## ORDER

AND NOW, this        day of                , 2024 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3843 Ann Street, Drexel Hill, PA 19026 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.


_____
                                            United States Bankruptcy Judge.