# EXHIBIT C

RD BK03094-0066    AS-ASSIGNMENTS

2004024739    02/20/2004 12:18:40 PM:3

RCD FEE: $36.00



DELAWARE COUNTY

THOMAS J. JUDGE SR. ROD

Recording Requested By/Return To: Cardinal Financial Company, Ltd. Partnership
355 East Street Road, Trevose, PA 19053

Parcel Number: ███

LN# ███

# ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is
355 East Street Road, Trevose, PA 19053
, does hereby grant, sell,
assign, transfer and convey, unto    Wells Fargo Home Mortgage, Inc.
, a corporation
organized and existing under the laws of California                             (herein "Assignee"), whose
address is 3601 Minnesota Drive, Bloomington, MN 55435
a certain Mortgage dated    July 29, 2003                  , made and executed by
Leslie P. Burke

whose address is 3843 Anne Street         ,Drexel Hill,PA 19026
to and in favor of Cardinal Financial Company, Ltd. Partnership
upon the
following described property situated in            Delaware           County,
Commonwealth of Pennsylvania:
SEE ATTACHED LEGAL DESCRIPTION

such Mortgage having been given to secure payment of Ninety One Thousand Seven Hundred
Fifty Six Dollars and no/100                 ($ 91,756.00            )
(Include the Original Principal Amount)
which Mortgage is of record in Book, Volume, or Liber No.         , at page         (or as
No.        ) of the              Records of Delaware
County, Commonwealth of Pennsylvania, together with the note(s) and obligations therein described and the
money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.
TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to
the terms and conditions of the above-described Mortgage.

**Pennsylvania Assignment of Mortgage
with Acknowledgment**

VMP-995W(PA) (0203)    MW 03/02    3/02
Page 1 of 3    VMP MORTGAGE FORMS - (800)521-7291

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on July 29, 2003

Cardinal Financial Company, Ltd. Partnership
By: Cardinal Mortgage, Inc., General Partner
(Assignor)

_____
Witness

_____
Witness

Attest /s/ Lauren Haggerty Ass't/Secretary

By: /s/ Cheryl Casaleno
(Signature)
Cheryl Casaleno Ass't. Vice President

Seal:

This Instrument Prepared By: Aaron L. Smith , address:
355 East Street Road, Trevose, PA 19053 , tel. no.: (215) 953-1500

**Commonwealth/State of** PA
**County of** Bucks
On this the   29th   day of   July  ,   2003  , before me, , the undersigned officer, personally appeared

Cheryl Casaleno , who acknowledged himself to be the
Ass't. Vice President   of   Cardinal Mortgage Inc., General Partner of Cardinal Financial Company, Ltd. Partnership ,
a corporation, and that he, as such Ass't. Vice President , being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself as Ass't. Vice President .
In witness whereof I hereunto set my hand and official seal.

/s/ Sandra A. Pacini

NOTARIAL SEAL
SANDRA A. PACINI, Notary Public
Lower Southampton Twp., Bucks County
My Commission Expires February 12, 2006

-995W(PA) (0203)   Page 2 of 3

Delaware County                                                             Recorder of Deeds

Image Not to Scale

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE in Drexel Hill Gardens, Upper Darby Township, Delaware County, Commonwealth of Pennsylvania, and described in accordance with a Survey and Plan thereof made by Over and Tingley, Civil Engineers, of Upper Darby, Pennsylvania, dated September 29, 1942 and revised March 2, 1944 and bounded and described as follows, to wit:

SITUATE on the Northwesterly side of Anne Street at the distance of 237 feet 6 inches measured along the said side of Anne Street on a bearing North 68 degrees 25 minutes East from a point of curve in the said side of Anne Street, which last mentioned point of curve is at the distance of 30 feet, 3/4 of an inch measured on an arc of a circle curving to the left having a radius of 15 feet from a point of tangent on the Northeasterly side of Bridge Street (50 feet wide); thence extending North 27 degrees 36 minutes West, crossing a certain 12 feet wide driveway (which said 12 feet wide driveway extends Northeastwardly from Bridge Street and communicates with a certain 15 feet wide driveway which extends Southeastwardly into Anne Street) 95 feet, 2-7/8 inches to a point; thence extending North 62 degrees 24 minutes East 18 feet 2 inches to a point; thence South 27 degrees 36 minutes East, recrossing the said 12 feet wide driveway, 93 feet 11-5/8 inches to a point in the Northwesterly side of Anne Street, aforesaid; thence extending along the said side of Anne Street, South 58 degrees 25 minutes West 18 feet 2-1/2 inches to the first mentioned point and place of beginning.

BEING known as Premises No. 3843 Anne Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveways as and for passageways, driveways and watercourses at all times hereafter forever, in common with the owners, tenants and occupiers of the other lots of ground bounding thereon and entitled to the use thereof.

BEING Folio No. [REDACTED]

BEING the same premises which Carol Sullivan by Deed dated April 11, 1995 and recorded May 18, 1995 in the County of Delaware in Volume 1362 Page 1330 conveyed unto Carol A. Owens, in fee.

Delaware County

Recorder of Deeds

## ASSIGNMENT OF MORTGAGE

BETWEEN:

Cardinal Financial Company, Ltd. Partnership

AND

Wells Fargo Home Mortgage, Inc.

MAIL TO: Cardinal Financial Company, Ltd. Partnership
355 East Street Road, Trevose, PA 19053

### Certificate of Residence

I, Aaron L. Smith,
do hereby certify that ASSIGNEE'S precise residence is 3601 Minnesota Drive, Bloomington, MN 55435

Witness my hand this 29th day of July 2003

_____
ASSIGNEE or Agent for ASSIGNEE

VMP-995W(PA) (0203)

Page 3 of 3

I, THOMAS J. JUDGE, SR., Recorder of Deeds in and for the County of Delaware and State of Pennsylvania, do hereby certify that this is a true and correct copy as full and entire as appears on the Record of this Office.

RD   Book  3094   Page  66

WITNESS my hand and seal this 9th day of June   A.D. 2004

*Thomas J. Judge*
Recorder of Deeds

## DO NOT DETACH



**Instrument Number: 2021065432**
**Volume/Page: RECORD BK 6733 PG 0027**
**Recorded Date: 08/26/2021 3:06:13 PM**

**Robert A. Auclair, Esq.**
Delaware County Recorder of Deeds
Government Center, Room 107
201 W. Front Street
Media, PA 19063
610-891-4152

| | |
|---|---|
| **Transaction Number:** | **Return To (Ingeo):** |
| Collected By: pontem | Wells Fargo - LSA L2 |
| Document Type: ASSIGNMENTS | |
| Document Page Count: : 2 | |

**Parcel ID:**

| Fees: | | |
|---|---|---|
| RECORDING FEES: | $37.50 | **Instrument Number:** 2021065432 |
| COUNTY IMPROVEMENT FUND: | $5.00 | **Volume/Page:** RECORD BK 6733 PG 0027 |
| JCS/ATJ FEE: | $40.25 | **Recorded Date:** 08/26/2021 3:06:13 PM |
| WRIT TAX: | $0.50 | |
| **Total Fees:** | $83.25 | |
| **Amount Paid:** | $83.25 | |
| **Amount Due:** | $0.00 | |

**OFFICIAL RECORDING COVER PAGE**
## DO NOT DETACH
THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has been corrected. The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

eRecorded

Delaware County Recorder of Deeds                    Page 2 of 3                    08/26/2021 03:06:13 PM

PREPARED BY: WELLS FARGO BANK, N.A.

When Recorded Return To:
ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
MAC:
PO BOX 1629
MINNEAPOLIS, MN 55440-1269

### CORPORATE ASSIGNMENT OF MORTGAGE

**Delaware, Pennsylvania**
"BURKE"

Date of Assignment: July 23rd, 2021
Assignor: WELLS FARGO BANK, N.A. S/B/M WELLS FARGO HOME MORTGAGE, INC.
Assignee: MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION

I hereby certify the precise address of the within named Assignor is 1 HOME CAMPUS, DES MOINES, IA 50328.

Executed By: LESLIE P. BURKE  To: CARDINAL FINANCIAL COMPANY, LTD. PARTNERSHIP
Date of Mortgage: 07/29/2003  Recorded: 02/20/2004 in Book/Reel/Liber: 03094 Page/Folio: 0056 as Instrument/Document: 2004024738 In the County of Delaware, State of Pennsylvania.
Property Address: 3843 ANNE STREET, DREXEL HILL, PA 19026 in the Township of UPPER DARBY

I do certify that the precise address of MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION is 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118
Attested By: _____

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $91,756.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's interest under the Security Instrument.

   TO HAVE AND TO HOLD the said Security Instrument, and the said property unto the said assignee forever, subject to the terms contained in said Security Instrument.

eRecorded

Delaware County Recorder of Deeds                                    Page 3 of 3                    08/26/2021 03:06:13 PM

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2
WELLS FARGO BANK, N.A. S/B/M WELLS FARGO HOME MORTGAGE, INC.
On __07/26/2021__

By: _____
   Leonard Mokaya
Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Hennepin

This instrument was acknowledged before me, __Brian A Mccann__, a Notary Public, on __7-26-2021__ by __Leonard Mokaya__ as Vice President Loan Documentation of WELLS FARGO BANK, N.A. S/B/M WELLS FARGO HOME MORTGAGE, INC..

WITNESS my hand and official seal,

_____
   Brian A Mccann
Notary Expires: 1/31/2025

BRIAN A MCCANN
NOTARY PUBLIC - MINNESOTA
COMMISSION EXPIRES 01/31/2025

(This area for notarial seal)

eRecorded