### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leslie Burke aka Leslie P. Burke<br>       Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK<br>       Movant<br>vs.<br>Leslie Burke aka Leslie P. Burke<br>       Debtor(s) | NO. 21-12238   AMC |
| Kenneth E. West<br>       Trustee | 11 U.S.C. Section 362 |

### CERTIFICATE OF SERVICE

  I, Denise Carlon, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of MIDFIRST BANK for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on October 08, 2024, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Leslie Burke aka Leslie P. Burke
3843 Ann Street
Drexel Hill, PA 19026

Attorney for Debtor(s)
Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
**VIA ECF**

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix
Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: October 08, 2024

         /s/ Denise Carlon
         _____
         Denise Carlon, Esquire
         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         Phone: (215) 627-1322 Fax: (215) 627-7734
          Attorneys for Movant/Applicant