# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Leslie Burke,<br><br>                    Debtor. | Case No. 21-12238-AMC<br><br>Chapter 13 |

### Debtor's Objection to Motion for Relief from the Automatic Stay

Debtor Leslie Burke, by and through her attorney, hereby objects to the Motion for Relief from the Automatic Stay filed by MidFirst Bank and asks to be heard by the Court before the entry of a final order.

Date: October 24, 2024

                                CIBIK LAW, P.C.
                                *Counsel for Debtor Leslie Burke*

                                By: /s/ Michael A. Cibik
                                    Michael A. Cibik (#23110)
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA 19102
                                    215-735-1060
                                    mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to the Motion for Relief from the Automatic Stay to be served on the U.S. Trustee, the Chapter 13 Trustee, and MidFirst Bank through the CM/ECF system along with all attachments.

Date: October 24, 2024

                                CIBIK LAW, P.C.
                                *Counsel for Debtor Leslie Burke*

                                By: /s/ Michael A. Cibik
                                    Michael A. Cibik (#23110)
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA 19102
                                    215-735-1060
                                    mail@cibiklaw.com