# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Leslie Burke,

        Debtor.

Case No. 21-12238-AMC

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify, Notice of Motion to Modify, and Modified Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

| | | |
|---|---|---|
| AmeriFirst Home Improvement Finance LLC<br>11171 Mill Valley Rd<br>Omaha, NE 68154 | Kohl's<br>Peritus Portfolio Services II, LLC<br>PO BOX 141509<br>IRVING, TX 75014 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Upper Darby Township (CM/ECF)<br><br>U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Mariner Finance, LLC<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236 | U.S. Trustee (CM/ECF) |
| Fair Square Financial LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Wells Fargo Bank, N.A. (CM/ECF) |
| Kenneth E. West (CM/ECF) | | |

Date: December 9, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110) 1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com