# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Leslie Burke,<br><br>　　　　　　Debtor. | Case No. 21-12238-AMC<br><br>Chapter 13 |

### Order Granting Motion to Modify Plan After Confirmation

And now, after consideration of the Motion to Modify Plan After Confirmation filed by Debtor Leslie Burke, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan filed at ECF No. 81 is **APPROVED**.

Date: Jan. 15, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge