Certificate Number: 16339-PAE-DE-041201647

Bankruptcy Case Number: 21-12238



16339-PAE-DE-041201647

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 8:43 o'clock PM EDT, Leslie Burke completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 13, 2026                By:   /s/Kris Krumal

Name:   Kris Krumal

Title:   Certified Financial Counselor