United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12238-djb
Leslie Burke Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 29, 2026 Form ID: 138OBJ Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie Burke, 3843 Ann Street, Drexel Hill, PA 19026-2815 |
| 14629410 | + | Fedloan, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14926910 | + | Midfirst Bank, C/O Denise Carlon, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14629417 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14654770 | + | Upper Darby Township, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 14713494 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14713493 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14629423 | + | Upper Darby Twp, 100 Garrett Rd Rm 102, Upper Darby, PA 19082-3135 |
| 14629922 | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 30 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 30 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14629406 | | Email/Text: megan.harper@phila.gov | Oct 30 2026 01:46:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 14629402 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2026 01:43:21 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14636344 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 30 2026 01:43:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14636345 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 30 2026 01:43:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14629403 | + | Email/Text: ecf@ccpclaw.com | Oct 30 2026 01:45:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14641121 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2026 01:43:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14629405 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2026 01:43:24 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14629407 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2026 01:43:10 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14629408 | | Email/Text: bankruptcycourts@equifax.com | Oct 30 2026 01:45:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14629409 | ^ | MEBN | Oct 30 2026 01:22:50 | Experian, Profile Maintenance, P.O. Box 9558, |

| | | | | |
|---|---|---|---|---|
| | | | | Allen, Texas 75013-9558 |
| 14629401 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 30 2026 01:45:00 | Amerifirst Home Improvement Finance, 1620 Dodge St.,Stop 8116, Omaha, NE 68197-8116 |
| 14638592 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2026 01:43:20 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14629411 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 30 2026 01:45:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15166839 | | Email/Text: ELDABBASM@FREEDOMCU.ORG | Oct 30 2026 01:45:00 | Freedom Credit Union, 626 Jacksonville Road, Ste 250, Warminster PA 18974-4862 |
| 14629412 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2026 01:45:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14642840 | ^ | MEBN | Oct 30 2026 01:23:04 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14629413 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2026 01:43:09 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14642277 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 01:43:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14637230 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2026 01:43:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14926669 | ^ | MEBN | Oct 30 2026 01:22:59 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14629414 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 30 2026 01:45:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14629415 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2026 01:43:10 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14814029 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 30 2026 01:43:10 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14629416 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2026 01:43:20 | Ollo Card Services, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 14644585 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2026 01:43:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14936591 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 01:43:23 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14629418 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2026 01:43:09 | Syncb/walmart, P.O. Box 965012, Orlando, FL 32896-5012 |
| 14629555 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2026 01:43:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14629419 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2026 01:43:20 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14629420 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2026 01:43:19 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 14629421 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2026 01:43:09 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14629422 | | Email/Text: DASPUBREC@transunion.com | Oct 30 2026 01:45:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14633533 | ^ | MEBN | Oct 30 2026 01:23:11 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

| | | | | |
|---|---|---|---|---|
| 14759762 | + | Email/Text: EBN@edfinancial.com | Oct 30 2026 01:45:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14633529 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 30 2026 01:43:12 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14629424 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 30 2026 01:43:32 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, MAC#2302-04E POB 10335, Des Moines, IA 50306 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14632166 | * | AmeriFirst Home Improvement Finance LLC, 1620 Dodge St, Stop 8116, Omaha NE 68197-8116 |
| 14629404 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Leslie Burke help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 96 − 95

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Leslie Burke | ) | Case No. 21−12238−djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed on or before **November 30, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 29, 2026

For The Court

Mohung Wong
Clerk of Court